UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
SYLWIA EWELINA MADEJ MANCHANDA,

                              Plaintiff,

          -against-

IMMIGRATION SERVICES OFFICER LEWIS,

                            Defendant.
------------------------------------- x

ORDER

20 Civ. 1773 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's letter motion seeking this Court's recusal from this action, (ECF No. 4), is DENIED.

Dated: New York, New York
       March 5, 2020

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge