```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2020
```

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

---

Sylwia Welina Madej Manchanda,

      Plaintiff,

  - against -

Immigration Services Officer Andrea Lewis,

      Defendant.

---

20 Civ. 1773 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  Plaintiff has filed a motion for default judgment. (Dkt. 15.) The motion is defective. Prior to filing a motion for default judgment, a Plaintiff must file a proposed Certificate of Default for approval and entry by the Clerk of Court. *See* Fed. R. Civ. P. 55; S.D.N.Y. Local Rule 55. Although Plaintiff has included a proposed Certificate of Default as part of her motion, she must follow the appropriate filing sequence.

  Additionally, Plaintiff has not filed proof of service with respect to the United States Attorney General as required by Fed. R. Civ. P. 4(i) (1) and (3) when serving an individual who is an officer or employee of the United States. (Plaintiff has filed proofs of service with respect to other components required to complete service; the Court does not address here whether they are proper.)

  Accordingly, the motion for default judgment is DENIED without prejudice.

  The Clerk of Court is respectfully directed not to enter a Certificate of Default unless and until a proper request is made and Plaintiff has completed service.

  Counsel shall comply with all Local Rules of the Southern District of New York and the Individual Rules of the undersigned.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     April 23, 2020
           New York, New York