

May 4, 2020


**VIA ELECTRONIC AND US MAIL**

Hon Robert W Lehrburger
500 Pearl Street
New York, New York 10007

**RE:  Madej v Lewis 1:20-CV-1773**

Dear Judge Lehrburger:

We grant permission to opposing counsel to put in either her notice of appearance or response for 30 days on the condition that the May 12, 2020 Stokes Interview is either revoked/canceled, which opposing counsel was unable to confirm, since apparently her office has not even been confirmed to represent ISO Lewis as of yet. However we believe that the USCIS New York Field Office is closed until June 4, 2020 due to the coronavirus pandemic, so this issue may be moot. To that end we will be submitting our Response to this Court's Order to Show Cause dated April 23, 2020 as well as appearing for the May 14, 2020 telephonic court appearance return date.

Respectfully submitted,

_____
Rahul Manchanda, Esq.