# EXHIBIT B

MANCHANDA LAW OFFICE PLLC
30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
TEL: (212) 968-8600
FAX: (212) 968-8601
INFO@MANCHANDA-LAW.COM
WWW.MANCHANDA-LAW.COM

March 26, 2020

**VIA US MAIL**

USCIS
National Benefits Center
PO Box 648003
Lee's Summit, MO 64002

USCIS Phoenix Lockbox
PO Box 21100
Phoenix, AZ 85036

**RE: I290B MOTION TO REOPEN/RECONSIDER/APPEAL LETTER IN SUPPORT RECEIPT NO MSC-209-084-6074; ALIEN NO 219-127-279 MANCHANDA, SYLWIA**

Dear USCIS:

This case status update letter is being written in further support of our I290B Motion to Reopen/Reconsider/Appeal for the above referenced case and matter.

Specifically we herein attach a case status update letter that we filed with the U.S. District Court for the Southern District of New York in our case file index no 1:20-CV-1773, Madej v Lewis, wherein we reported to the court that we received an update from Ms Keels of the USCIS Contact Center who (1) apologized for ISO Lewis misconduct and behavior, and (2) advised that her office would be "taking action against" ISO Lewis.

To that end, please immediately and urgently (1) reconsider/revoke the Stokes Interview Referral Notice, (2) grant my wife's Adjustment of Status to Permanent Residence, and (3) any other remedies, without any further undue delay.

We would also like to withdraw/discontinue our federal lawsuit so we need your decision urgently and soon, well before our Notice for Default Judgment which we intend to file on or about April 3,

2020, and certainly well before the scheduled Stokes Interview date of May 12, 2020.

Respectfully submitted,

*[signature]*

Rahul Manchanda, Esq.

| | |
|---|---|
| Department of Homeland Security<br>U.S. Citizenship and Immigration Services | Form I-797C, Notice of Action |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | March 06, 2020 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-290B, Notice of Appeal or Motion | A219127279 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC2090846074 | March 03, 2020 | 1 of 1 |
| | | DATE OF BIRTH |

SYLWIA E. MANCHANDA
C/O RAHUL MANCHANDA
1 COLUMBUS PLACE APT S47C
NEW YORK, NY 10019

1  00000109

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $675.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $675.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C 04/01/19

**MANCHANDA LAW OFFICE PLLC**
30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
TEL: (212) 968-8600
FAX: (212) 968-8601
INFO@MANCHANDA-LAW.COM
WWW.MANCHANDA-LAW.COM

March 26, 2020

**VIA ELECTRONIC AND US MAIL**

Magistrate Robert W Lehrburger
Judge George B Daniels
US District Court - SDNY
500 Pearl Street
New York, New York 10007
Tel: (212) 805-6735
Fax: (212) 805-6737

RE:   **Case Status Update Letter**
      **1:20-CV-1773 Madej v Lewis**

Magistrate Robert Lehrburger:

This letter is to update this Honorable Court that our law office received a telephone call from USCIS Contact Center Ms Keels (**Exhibit A**) who also indicated that she coordinates with the U.S. Department of Homeland Security Office of Civil Rights and Civil Liberties, and who advised us in this, and other phone calls, that her office conducted an investigation into our complaints/allegations, that on behalf of the U.S. Government she profusely and sincerely apologized for ISO Lewis' conduct and behavior, and that they have elected to "take action against" ISO Lewis.

This further underscores the seriousness of our allegations against ISO Lewis and her crew over at the USCIS/DHS Office located at 26 Federal Plaza, Room 7-700, New York NY 10278.

Furthermore, our law office also discussed with Ms Keels the fact that ISO Lewis, a government official, in addition to the other misconduct that we reported, refused to provide her full name to us when she was asked after the interview, in order to further avoid and evade responsibility for her actions, which is also illegal, immoral, cowardly, and unethical.

DHS Legal Counsel "Stephanie" at 26 Federal Plaza, Room 1130, New York NY 10278 also refused to provide this information, and this has also inhibited/prevented this law office from fully amending our complaint/defendant name as originally planned, so for now we will stick to our original complaint and filing date.

Finally we remind this Court that even though opposing counsel had only until March 23, 2020 to either respond, answer or put in a notice of appearance to our complaint, we will graciously allow them the full 30 days before we file our Notice of Motion for Default Judgment against ISO Lewis, serving this warning letter on all relevant opposing counsel, and the defendant personally, via U.S. Mail.

Respectfully submitted,

_____
Rahul Manchanda, Esq.

Subject: Ms Keels from USCIS
From: MANCHANDA LAW OFFICE PLLC <info@manchanda-law.com>
Date: 3/17/2020, 12:55 PM
To: "syllviem@gmail.com" <SYLLVIEM@GMAIL.COM>, Robert Androsiglio <rob@monarchlawgroup.com>

Hello:

Miss Keels (202) 615-9592 USCIS Customer Service called to say that they will be taking action against ISO Lewis and to please accept her apology on behalf of the US Government.

--
Kind regards,

Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: http://manchanda-law.com/attorney-profiles/

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013.

Martindale Hubbell Client Champion Silver 2017 Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: http://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address.

Make A Payment Online At https://secure.lawpay.com/pages/manchanda-law-office-pllc/operating

**Subject:** Message
**From:** "Wall Street Receptionist" <messages@yourwallstreetoffice.com>
**Date:** 3/17/2020, 12:51 PM
**To:** info@manchanda-law.com

## Form Completed (Message Form)

### Details

| | |
|---|---|
| Client: | 8207 Manchanda Law Office PLLC |
| Contact: | Rahul Manchanda |
| Caller: | 12026159592 |
| Date: | 3/17/2020 12:51:03 PM |
| From: | Ms. Keels |
| Co: | USCIS customer service |
| Tel: | 202 615 9592 (Caller ID) |
| Re: | PT |
| | To: a complaint you placed regarding your wife. |