# EXHIBIT C



MANCHANDA LAW OFFICE PLLC
30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
TEL: (212) 968-8600
FAX: (212) 968-8601
INFO@MANCHANDA-LAW.COM
WWW.MANCHANDA-LAW.COM

March 1, 2020

**VIA U.S. MAIL**

USCIS Phoenix Lockbox
P.O. Box 21100
Phoenix, AZ 85036

RE: **I-290B APPEAL ON CASE DOCKET MSC-199-061-5848**
**MANCHANDA, SYLWIA EWELINA: I-485 ADJUSTMENT OF STATUS**
**ALIEN NO 219-127-279**

Dear USCIS Phoenix Lockbox:

Reference is made to the attached STOKES INTERVIEW REFERRAL and CASE CONTINUANCE letter issued by NYC USCIS Immigration Services Officer Lewis.

Pursuant to the attached, this is a formal complaint and request for your office to investigate THE ABUSIVE RACIST DISRESPECTFUL BEHAVIOR AND TREATMENT BY DHS/USCIS EXAMINER/OFFICER ISO LEWIS, AND THE REST OF THE NEW YORK DHS FIELD OFFICE located at 26 Federal Plaza, Room 7-700, New York NY 10278 during our marriage adjustment of status interview for my wife, Sylwia Manchanda.

The worst part of the way both me and my wife were treated (I am one of the top immigration lawyers in New York City and the United States, having practiced Immigration Law for nearly 20 years since March 2002 in my own law practice on Wall Street, so I obviously know what I am doing) was the way ISO Lewis, an African-American woman, made subtly racist comments directed at my wife is who is white and Polish (and a high level international fashion model), and at me, who is Indian-American, while my young baby son Gabriel Manchanda, 6 months old, was sitting on my wife's lap during this "interview," which felt more like a Gestapo or KGB interrogation than an immigration marriage interview.

This was coming on the heels of the New York DHS Field Office making us wait, to be literally THE LAST PEOPLE TO BE INTERVIEWED IN A ROOM OF 100s OF PEOPLE, even though we arrived on time at 1:42 PM for our 2 PM interview, only to be forced to sit and wait until at least approximately 4:30 PM, with various DHS/USCIS Officers floating around us, looking at us, making eye contact, snickering behind our backs, making comments about me, my wife, and my baby, hinting/insinuating/indicating how they were going to

screw me because I am a famous immigration lawyer who happens to be a Trump supporter and conservative, mocking us here and there while my 6 month old baby cried hysterically, we had to change his pampers in the waiting facility, and other horrific abuses.

When we finally were brought in for our "interview," ISO Lewis constantly, in front of me and my baby son, insinuated that my beautiful Polish wife was a prostitute, that I was marrying her for fraudulent purposes, questioned the "bona fides" of our marriage, mocked my profession as a leading New York City immigration lawyer for the past 20 years who regularly appears on FoxNews, CNN, CourtTV, MSNBC, I-24 News, Channel 2 News, Law & Crime Network, having written and published 3 books about court and government corruption (Deep State Defector I, II, and III), and also write for nearly 10 online periodical newspapers.

Even more grotesquely, ISO Lewis began to parrot my ex-wife Sharie Kruzic, who no doubt has filed hundreds of "poison pen" false complaints HSI Tips Online against me and my current wife, ISO Lewis humiliatingly asking my current wife Sylwia "how much do I pay my ex-wife in child support," "when was the last time I saw my kids (my ex wife purposefully alienates my kids from me)," "how often do I see my kids," and other shitty comments that are really none of her business, have nothing to do with our marriage or her adjustment of status interview.

We gave this ISO Lewis a ton of documents required under the immigration laws, including everything that is statutorily required, such as tax and financial information, lease documents, birth/marriage certificates, but ISO Lewis essentially "poo-pooed" all of this, basically ignored it, and instead chose to insult, harass, and mock us and our baby son, making my beautiful and decent Christian wife from Poland, tear up and cry.

We explained countless times how in the past few years my famous international model wife has come to the USA twice on a tourist/visitor/business class visa, to also explore possibly working for modeling agencies, meeting agents and major media, making contacts, but that no paid for employment ever took place, but all ISO Lewis kept trying to do was trip us up, trap us, and make us say something that wasn't even true.

The marriage immigration interview should be a pleasant experience, welcoming a foreign national to the United States as a permanent resident, showing the good side of the United States, not making my wife and baby cry with abuse, insults, mockery, humiliation, racism, discrimination, intimidation, threats, harassment, and fear.

Having practiced immigration law for nearly 20 years in New York City and throughout the United States and Consular outposts all over the world, I have never seen such an ugly, egregious, disturbing, flippantly biased, humiliating, and abusive interview for my clients and others.

And I certainly will not accept it for me, my beautiful wife, and my beautiful baby son Gabriel.

I need redress, justice, and a remedy now, otherwise I will be pursuing federal court action and going to the newspapers.

This is what is wrong with Socialism/Communism - giving one human being with all of their inherent bias, racist feelings, jealousy, arrogance and abuse of power, abuse of law and authority to hurt and harm others, especially my baby son and wife, and I will not allow this to stand - hence my complaint and request for investigation to your office.

### Complaint No. 20-05-USCIS-0393 and Possible Retaliation/Reprisal Thereof (USCIS CASE NO #10376571)

Even further to my complaint above, we would also like to make you aware of ADDITIONAL possible retaliations/reprisals as prohibited by 42 U.S.C. § 2000ee-1(e) which the DHS Office for Civil Rights stated that if we suspect could be occurring, that we should bring this to their attention immediately.

In their letter they wrote "Please note that Federal law forbids retaliation or reprisal by any Federal employee against a person who makes a complaint or discloses information to CRCL. 42 U.S.C. § 2000ee-1(e). If you believe that you or someone else is a victim of such a reprisal, please contact us immediately."

As you know I am a prominent immigration lawyer for nearly 20 years and today my wife and I received the attached humiliating and insulting STOKES INTERVIEW NOTICE, whereby a husband and wife are separated for hours, grilling the both of them because the "immigration officer," in this case the racist African-American sociopath ISO Lewis, suspects that our marriage is "not real."

This after we have a 6 month old baby together, sitting on my wife's lap, staring at this evil woman, the entire time.

Even for my own immigration clients over the past nearly 20 years, I have rarely if ever received such a weird "STOKES INTERVIEW NOTICE" as what we were mailed today.

Even worse, it was apparently mailed 02/18/2020, 4 days after we made our original complaint, but fraudulently "post-dated" 02/14/2020, the day that we actually made our original complaint, which was even more sickeningly, "Valentines Day."

This awful ISO Lewis even mailed it to our old address, probably to get the notice lost, even though we changed our new apartment address online officially several times with official confirmation notices weeks/months prior, verbally told her our new address in the interview, and gave her the official address change confirmation notice in the interview, itself.

Again, all of this needs to be investigated as another possible violation of federal law 42 U.S.C. § 2000ee-1(e).

Please note that if these issues are not resolved within the next few weeks we will be bringing a federal lawsuit under 42 § 1983 and other federal causes of action, in the federal Southern District of New York court, for legal and equitable relief, in the

tens of millions of dollars, naming any and all parties referenced herein as co-defendants.

We cc'ed all of this to Aaron Horne (Acting Chief USCIS Contact Center), NY FBI Field Office, US Department of Justice Civil Rights Division, DHS Civil Rights Division.

We would also like to make you aware of possible other earlier retaliations/reprisals as prohibited by 42 U.S.C. § 2000ee-1(e) which they stated that if we suspect could be occurring, that we should bring this to their attention immediately.

As you know I am a prominent immigration lawyer for nearly 20 years and I have never received such a weird "client inquiry/phone call" as what is displayed below.

When I contacted this person I was told that the normal results of complaining about a DHS or USCIS Personnel was "death" and "direct energy weapons" and other such disturbing comments.

I don't know if this person was a legitimate prospective client, a friend of the person that I complained about (ISO Lewis), her representative, a private investigator, or what.

All I know is that it has thoroughly freaked me and my wife out, like a Ku Klux Klan cross burning on our front yard, and needs to be investigated as a possible violation of federal law 42 U.S.C. § 2000ee-1(e).

To that end please immediately and urgently (1) reconsider/revoke the attendant STOKES INTERVIEW REFERRAL NOTICE and CASE CONTINUANCE LETTER, (2) grant Applicant's adjustment of status to permanent residence and (3) any other remedies, without any further undue delay.

Respectfully submitted,

*[signature]*

Rahul Manchanda, Esq.

cc: Susan Quintana, Field Office Director, NYC Field Office