# EXHIBIT D

Department of Homeland Security
U.S. Citizenship and Immigration Services

G-56, Call in Notice

Rahul Dev MANCHANDA
Sylwia Ewelina MANCHANDA
1 West End Ave  Apt 14B
New York, NY  10023

File Number:  A219 127 279

Date: February 14, 2020

Please come to the USCIS office shown below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| Office Location (Include Room No. and Floor No.) | New York City Field Office<br>7th Floor – Room 700<br>26 Federal Plaza (Please use Lafayette St. entrance)<br>New York, NY 10278 |
| Date and Hour | 5/12/2020                    at 8:00 am |
| Ask for | ISO |
| Reason for Appointment | Stokes Interview - Both Petitioner and Beneficiary must be present. |
| Bring with You | See attached |

**It is important that you keep this appointment and bring this letter with you. If you are unable to do so, state your reason, sign below and return this letter to this office at once.**

I am unable to keep the appointment because:

| Signature | Date |
|---|---|
| | |

Sincerely,

*Susan Quintana*

Susan Quintana
Field Office Director
New York City Field Office

Cc:

G-56(Rev 8/31/2005) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**G-56, Call in Notice**

# INFORMATION REGARDING YOUR INTERVIEW

Who Must Attend:

The Petitioner and Beneficiary must attend this interview. Your attorney or authorized representative may attend as well.

Request for Interpreter:

If the Petitioner and/or Beneficiary will require an interpreter for the interview, you must submit the enclosed "Attachment to G-56."

What to Bring to the Interview:

1) Photo identification for the Petitioner. Examples of proper photo identification are U.S. passports, driver's licenses, or state-issued identification cards. Store-bought identification cards are not considered proper identification. Failure to bring proper photo identification may result in the denial of the petition.
2) Proof of the Petitioner's United States Citizenship, such as a U.S. Passport, Certificate of Naturalization, or birth certificate.
3) Beneficiary's passport and I-94 card
4) Social Security cards for Petitioner and Beneficiary
5) Birth certificates for all of Petitioner's children and all of Beneficiary's children
6) Marriage certificate or registration from civil authorities
7) Proof of termination for all prior marriages, such as divorce decrees, death certificates or annulments
8) Court dispositions for all of Beneficiary's arrests, if any. You must bring the court disposition even if the charges have been dismissed or expunged.
9) Employment letters from Petitioner's and Beneficiary's employer. Employment letters should be on company letterhead and signed by an official of the firm. The letter must state the date employment began, salary, marital status, number of dependents claimed, and whom to notify in case of emergency.
10) Latest two (2) pay stubs or earnings statements for Petitioner and Beneficiary
11) Federal income tax return for the last (2) years. Income tax returns should be signed and dated. Proof of filing is required.
12) 2"x2" passport-style photos of Petitioner and Beneficiary
13) Any evidence that you and your spouse have a bona fide relationship. Such evidence may consist of, but is not limited to: bank letters, bank statements, lease agreements, rent receipts, mortgage agreements, health insurance policies, life insurance policies, utility bills, tax returns, and photographs.

NOTE: You must bring the originals and photocopies of all documents submitted during the interview, including photocopies of your passport, identification cards, and photographs. Pursuant to 8 CFR 103.2(b) (1), the Service will retain for the record any original documents submitted as evidence unless a photocopy is made. Please assemble your documents for submission in a neat and organized manner.

G-56(Rev 8/31/2005) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**G-56, Call in Notice**

ATTACHMENT TO G-56

REQUEST FOR INTERPRETER

If the Petitioner and/or Beneficiary require the service of an interpreter for your interview, you must complete this form and mail it to:

U.S. Citizenship & Immigration Services
26 Federal Plaza, 7th Floor, Room 7-700
Attn: ISO
New York, NY 10278

Today's Date: _____

Name of Petitioner: _____

Name of Beneficiary: _____

Beneficiary's alien number ("A-number"): _____

Address: _____

_____

Date of Interview: _____

Time of Interview: _____

Language / Dialect Requiring Interpreter: _____

G-56(Rev 8/31/2005) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**G-56, Call in Notice**

## YOUR RIGHTS AND PRIVILEGES

Your rights and privileges during this interview and any other I-130 adjudication proceedings include the following:

1) You can be represented by an attorney or representative of your choosing at no expense to the government. If you cannot afford a lawyer, a list of legal services is available upon request.

2) You may present evidence on your own behalf, including live witnesses. You will be given an opportunity to cross-examine those persons who provide evidence against you and an opportunity to rebut any such adverse evidence.

3) You or your attorney or representative can, at any time, inspect your record of proceedings.

4) Upon request, a copy of any statement signed by your spouse before any immigration officer shall be furnished to you or your spouse promptly.

5) Upon proper showing, you or your attorney or representative can compel the attendance of witnesses or the production of books, papers, and other documentary evidence through a properly issued subpoena.

6) There will be a verbatim recording made of the entire adjudication proceedings before the immigration officer.

7) If during the adjudication proceedings, the presiding immigration officer refers your visa petition to the investigative unit, then your case must be referred back to the presiding immigration officer for further proceeding and adjudication.

8) You will receive a written decision based solely on the evidence in the record of proceedings. If the decision is adverse, you will be informed of the reasons therefore and of your right to appeal to the Board of Immigration Appeals within thirty (30) days from the date of the mailing of the notice of decision.

A more detailed statement of your rights and privileges regarding a spousal visa petition proceeding is available.

G-56(Rev 8/31/2005) N

Department of Homeland Security
26 Federal Plaza
New York, NY 10278

U.S. Citizenship
and Immigration
Services

US OFFICIAL MAIL — PENALTY FOR PRIVATE USE $300
ZIP 10278 02 4N $ 000.50°
0001131688 FEB 18 2020

100 NFE 1  B19I0002/18/20
MANCHANDA
1 COLUMBUS PL APT 547C
NEW YORK NY 10019-8216

BC: 1091982I673    *8645-00271-18-44

NOTIFY SENDER OF NEW ADDRESS