USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MADEJ MANCHANDA,                          :
                                          :
                         Plaintiff,       :
                                          :
            - against -                   :
                                          :
LEWIS,                                    :
                                          :
                         Defendant.       :
-------------------------------------------------------------X

20-cv-01773 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 14, 2020, the Court held an order to show cause hearing on why the complaint should not be dismissed for failure to state a claim or other reasons set forth in the Court's order dated April 23, 2020.  (Dkt. 21.)  Counsel appeared for Plaintiff, and counsel appeared for the named individual Defendant.  Having heard the parties, and having considered Plaintiff's written submission (Dkt. 25), the Court orders that no later than June 14, 2020, Plaintiff shall file an amended complaint.  Failure to do so may result in dismissal of the current complaint.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      May 14, 2020
            New York, New York

Copies transmitted to all counsel of record.