**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SYLWIA EWELINA MADEJ MANCHANDA,

                             Plaintiff,

    -against-                                          20 Civ. 1773 (GBD)

IMMIGRATION SERVICES OFFICER LEWIS,

                             Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The initial conference scheduled for June 17, 2020 is canceled.

Dated: New York, New York
       June 8, 2020

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge