UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SYLWIA EWELINA MADEJ MANCHANDA
and RAHUL D. MANCHANDA,

              Plaintiffs,

  -v-

ANDREA LEWIS, Immigration Services,
SUSAN QUINTANA, New York USCIS Field
Office Director, and UNITED STATES
CITIZENSHIP IMMIGRATION SERVICES,

              Defendants.
------------------------------------------------------------ X

No. 20 Civ. 1773 (GBD) (RWL)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants Andrea Lewis and United States Citizenship and Immigration Services's ("Defendants") Motion to Dismiss the Amended Complaint, Defendants, by their attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Amended Complaint pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure.

Dated: July 31, 2020
       New York, New York

                                        AUDREY STRAUSS
                                        Acting United States Attorney for the
                                        Southern District of New York
                                        *Attorney for Defendants*

                                        */s/ Ilan Stein*
                                        ILAN STEIN
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Tel:   (212) 637-2800
                                        Email: Ilan.Stein@usdoj.gov