# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SYLWIA EWELINA MADEJ MANCHANDA and
RAHUL D. MANCHANDA,

                Plaintiffs,

    -against-                              20 **CIVIL** 1773 (GBD) (RWL)

                                                  **<u>JUDGMENT</u>**

ANDREA LEWIS, SUSAN QUINTANA, U.S.
CITIZENSHIP AND IMMIGRATION SERVICES,
and DOES 1-5,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 30, 2021, Magistrate Judge Lehrburger's Report is adopted. Defendants' motion to dismiss is GRANTED. Plaintiffs' amended complaint is dismissed.

**Dated:**  New York, New York

      March 30, 2021

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                               **BY:**    *K. Mango*

                                                             **Deputy Clerk**