**FAZZIO LAW OFFICES**
John P. Fazzio, Esq. (JF1752)
305 Broadway, 7th Floor, Ste. 19
New York, NY 10007

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x

SYLWIA EWELINA MADEJ MANCHANDA and RAUL
D. MANCHANDA,

                    Plaintiff(s),

   -against-

ANDREA LEWIS, SUSAN QUINTANA, U.S.
CITIZENSHIP AND IMMIGRATION SERVICES, and
DOES 1-5,

                    Defendant(s).



-----------------------------------------------------------------------------x

NOTICE OF APPEAL

CIVIL ACTION

20-CV-1173-GBD-LDW

## NOTICE OF APPEAL

     **NOTICE IS HEREBY GIVEN** that SYLWIA EWELINA MADEJ MANCHANDA and RAHUL D. MANCHANDA, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment and Order of March 30, 2021 (Dkt. No. 52) dismissing Plaintiffs' Amended Complaint.

                    Respectfully submitted,

                    **FAZZIO LAW OFFICES**

Dated: April 29, 2021          *s/ John P. Fazzio.Esq.*
New York, NY             JOHN P. FAZZIO, ESQ. (JF1752)
                    Attorneys for Sylwia Ewelina Madej
                    Manchanda and Rahul D. Manchanda
                    Fazzio Law Offices
                    305 Broadway
                    7th Floor, Ste. 19
                    New York, NY 10007
                    Tel: (201) 529-8024
                    Fax (201) 529-8011
                    jfazzio@fazziolaw.com

**CERTIFICATE OF SERVICE**


       I hereby certify that on April 29, 2021, I caused the foregoing Notice of Appeal to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned action.

Respectfully submitted,

Dated: April 29, 2021

New York, NY

                             *s/ John P. Fazzio, Esq.*

                              JOHN P. FAZZIO, ESQ. (JF1752)

                              Attorneys for Sylwia Ewelina Madej

                              Manchanda and Rahul D. Manchanda

                              Fazzio Law Offices

                              305 Broadway

                              7th Floor, Ste. 19

                              New York, NY 10007

                              Tel: (201) 529-8024

                              Fax (201) 529-8011

                              jfazzio@fazziolaw.com